IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Kateri Molina, individually and as Personal Representative of the Estate of LoyGene Molina, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; VISTA STAFFING SOLUTIONS, INC.; NAVTEJPAL SINGH KAHLON; and DOES 1-10; <br><br> Defendants. | CV 22-56-GF-BMM <br><br><br><br> **ORDER** |

Plaintiff here has notified the Court that the Montana Medical Legal Panel process for potential defendant Dr. Kenneth Eckstein is now complete.

Wherefore IT IS HEREBY ORDERED the stay in this matter is lifted.

DATED this 5th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court