# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| KATERI MOLINA, individually and as Personal Representative of the Estate of LoyGene Molina, | ) ) ) ) | CV 22-56-GF-BMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA; VISTA STAFFING SOLUTIONS, INC.; NAVTEJPAL SINGH KAHLON; KENNETH ECKSTEIN; and DOES 1-10; | ) ) ) ) ) | |
| Defendants. | ) | |

Defendant Kenneth Eckstein died on December 2, 2024. Plaintiff Kateri Molina moves the Court to order substitution of Defendant Kenneth Eckstein under FRCP 25(a)(1). Counsel for Defendants are not opposed to this motion. Wherefore IT IS HEREBY ORDERED the motion is GRANTED. Counsel for Defendant Kenneth Eckstein shall substitute a proper party for Kenneth Eckstein on or before March 3, 2025.

DATED this 11th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts